IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| ERNEST FLETCHER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-00046-CV-W-GAF |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs and fees.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 10, 2009